IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| STEPHON SUGGS, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-383 (MTT) |
| | * |
| UNIT MANAGER WARD, et al., | |
| | * |
| Defendants. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated March 27, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 27th day of March, 2024.

David W. Bunt, Clerk

s/ Terrie L. Potts, Deputy Clerk